UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 00-14092-CIV-MOORE
Magistrate Judge Lynch

ERIC V. MACKLIN,
    Plaintiff,

vs.

ERIC MUECK a/k/a HOWARD ELY,
INT'L LIBRARY OF POETRY, NAT'L
LIBRARY OF POETRY, ALEX HANLEY,
and POETRY.COM
    Defendant.
_____/



**ORDER ADOPTING IN PART, REJECTING IN PART**
**MAGISTRATE'S REPORT AND RECOMMENDATION**

    THIS CAUSE came before the Court upon Plaintiff's Notice of Proof of Damages (DE #170).

    THIS MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge. Magistrate Judge Lynch issued a Report and Recommendation dated December 29, 2004 (DE #172), recommending that Plaintiff be awarded $1500.00, the minimum statutory damages as permitted under 17 U.S.C. § 504(c). Plaintiff has filed objections to the Report and Recommendation (DE #173).

    Accordingly, after a *de novo* review of the record, this Court enters the following Order, adopting in part and rejecting in part Magistrate Judge Lynch's Report and Recommendation as follows:

    1. This Court adopts in part and rejects in part paragraph 1 of Magistrate Lynch's Report and Recommendation. Plaintiff has elected to seek statutory damages and waive any proof of actual damages. Plaintiff <u>is</u> entitled to a jury trial in respect to assessment of statutory damages. In <u>Feltner v. Columbia Pictures Television, Inc.</u>, the Supreme Court held that "the Seventh Amendment provides the right to a jury trial where the copyright owner elects to recover statutory damages. The right to a jury trial includes the right to have a jury determine the <u>amount</u>

of statutory damages, if any, to be awarded to the copyright owner." 523 U.S. 340, 353 (1998)(emphasis in original). However, in this case, because a default judgment has been entered against Defendants, a jury trial to determine the amount of statutory damages in impracticable. Therefore, this Court will make a determination on the pleadings, awarding Plaintiff the maximum damages allowed by the statute.

    2. This Court adopts, in their entirety, paragraphs 2-10 of Magistrate Lynch's Report and Recommendation.

    3. This Court adopts in part and rejects in part paragraph 11 of Magistrate Lynch's Report and Recommendation. In determining the statutory damages under the Copyright Act, the unit of damages is based not on the number of infringements, but on the number of works infringed upon. In order to determine the number of violations, the Court need only sum the number of separate, individual works which were the subject of a defendant's infringing activities. <u>Arclightz & Films Pvt. Ltd. v. Video Palace, Inc.</u>, 303 F.Supp.2d 356 (S.D.N.Y. 2003). Therefore, based upon the two works of poetry that were allegedly infringed upon by Defendants in this case, statutory damages of $30,000.00 per work would bring the Plaintiff's statutory damages to a total of $60,000.00.

    4. This Court adopts in part and rejects in part paragraph 12 of Magistrate Lynch's Report and Recommendation. This Court finds that based upon Plaintiff's allegations, each of the poems, "I Need You" and "You Are" were published on the website at Poetry.com and that each of the poems was also used in a Poetry-in-Motion contest. Pursuant to 17 U.S.C. 504(c)(2), this Court finds that infringement was committed willfully. Therefore, this Court will exercise its discretion and increase the award of statutory damages to a sum of $ 150,000.00. Accordingly, this Court awards damages jointly and severally against National Library of Poetry, International Library of Poetry and Poetry.com in the total sum of $150,000.00 for each of the two poems that were published/used by these related Defendants. This Court finds that this constitutes two

works, being the two poems, that were used. This would bring the total statutory damages awarded to Plaintiff to $300,000.00.

5. This Court adopts in part and rejects in part paragraph 13 of Magistrate Lynch's Report and Recommendation. The paragraph is adopted, except that the statutory damages amount stated, $1500.00, is increased to $300,000.00.

Accordingly, it is

ORDERED AND ADJUDGED that Plaintiff be awarded $300,000.00, the maximum statutory damages permitted under the statute, jointly and severally against Defendants National Library of Poetry, International Library of Poetry and Poetry.com. Plaintiff's request for statutory damages against Defendants Mueck and Hanley is DENIED.

LET EXECUTION ISSUE.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of January, 2005.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc:  Eric Macklin, *pro se*
     DC #061831
     Glades Work Camp
     2600 N. Main St.
     Belle Glade, FL  33430

     Eric Mueck, Int'l Library of Poetry,
     Nat'l Library of Poetry, Poetry.com
     1 Poetry Plaza
     Owings Mills, MD  21117